## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,

Case No. 16-cr-0193 (WMW/FLN)

Plaintiff,

**ORDER ADOPTING REPORT AND RECOMMENDATION**

v.

Ronald David Johnson,

Defendant.

---

This matter is before the Court on the December 23, 2016 Report and Recommendation ("R&R") of United States Magistrate Judge Franklin L. Noel. (Dkt. 38.)  The R&R recommends denying both Defendant's motion to suppress evidence seized from his GMC truck, (Dkt. 16), and Defendant's motion to suppress evidence seized pursuant to search warrants, (Dkt. 17).  Objections to the R&R have not been filed. In the absence of timely objections, this Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996).  Having reviewed the R&R, the Court finds no clear error.

### ORDER

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1.     The December 23, 2016 R&R, (Dkt. 38), is **ADOPTED**;

2.     Defendant Ronald David Johnson's motion to suppress the search and seizure of items in his GMC truck, (Dkt. 16), is **DENIED**; and

3.     Defendant Ronald David Johnson's motion to suppress evidence seized pursuant to search warrants, (Dkt. 17), is **DENIED**.


Dated:  January 24, 2017                           s/Wilhelmina M. Wright
                                                   Wilhelmina M. Wright
                                                   United States District Judge