UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Ronald David Johnson,

Defendant.

Case No. 16-cr-0193 (WMW/FLN)

**ORDER DENYING MOTION TO RECONSIDER**

Defendant Ronald David Johnson was convicted of wire fraud and money laundering arising from criminal conduct that he committed between 2012 and 2016. Johnson's assets subsequently were forfeited to Plaintiff United States of America. On April 11, 2018, the Court denied Johnson's motion to stay the forfeiture proceedings pending appeal. Currently before the Court is Johnson's pro se motion to reconsider the order denying the stay. (Dkt. 162.) For the reasons addressed below, the motion is denied.

A party is not permitted to file a motion to reconsider without first obtaining the district court's permission based on a showing of "compelling circumstances." LR 7.1(j). "Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence." *Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988) (internal quotation marks omitted). The purpose of a motion to reconsider is to afford a party the "opportunity for relief in extraordinary circumstances."

*Clear Channel Outdoor, Inc. v. City of Saint Paul*, 642 F. Supp. 2d 902, 909 (D. Minn. 2009) (internal quotation marks omitted).

Johnson did not request permission to file this motion to reconsider. The Court liberally construes Johnson's pro se motion, *see Erickson v. Pardus*, 551 U.S. 89, 94 (2007), but even when construed liberally, the motion merely restates the arguments that this Court rejected when denying Johnson's initial motion to stay the forfeiture proceedings. In short, Johnson has not demonstrated that "compelling circumstances" warrant a motion to reconsider.

Based on the foregoing analysis and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Ronald David Johnson's motion to reconsider, (Dkt. 162), is **DENIED**.

Dated: June 15, 2018

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge