UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 16-cr-0193 (WMW/BRT) |
| Plaintiff, | |
| v. | **SECOND FINAL ORDER OF FORFEITURE** |
| Ronald David Johnson, | |
| Defendant. | |

---

WHEREAS, on November 17, 2017, the Court entered a Second Preliminary Order of Forfeiture ordering Defendant Ronald David Johnson to forfeit to Plaintiff United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), real property located in Elk River, Minnesota (the Real Property), legally described as:

> The South 436.00 feet to the West 250.00 feet to the Southwest 1/4 of the Northwest 1/4 of Section 18, Township 33, Range 26, Sherburne County, Minnesota;

WHEREAS, the United States posted a Notice of Criminal Forfeiture for at least 30 consecutive days on an official government Internet site (www.forfeiture.gov), beginning on November 22, 2017, providing notice of the intent of the United States to dispose of the Real Property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the Real Property;

WHEREAS, the United States sent direct notice of the forfeiture to Afton B & D, LLC, via certified mail, and the return receipt was signed on November 27, 2017;

WHEREAS, Irene Matlin filed a petition with respect to the Real Property, which was resolved through a Stipulation of Settlement and a Stipulation for Interlocutory Sale of Real Property, and this Court issued an Order on January 9, 2018, approving the Stipulation of Settlement and authorizing the requested interlocutory sale;

WHEREAS, Dave Loehrer Construction, Inc., filed a petition with respect to the Real Property and proceeds of its sale on August 27, 2019, and the United States entered into a Stipulation of Settlement with Dave Loehrer Construction, Inc., to resolve the petition, which this Court approved in a November 14, 2019 Order;

WHEREAS, no other petitions have been filed with the Clerk of Court with respect to the Real Property and the time for filing a petition has expired;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Plaintiff United States of America's motion for a second final order of forfeiture, (Dkt. 286), is **GRANTED**.

2. All right, title and interest in the Real Property are hereby forfeited to and vested in the United States pursuant to 18 U.S.C. § 981(a)(1)(C), in conjunction with 28 U.S.C. § 2461(c).

3. The net proceeds of the sale of the Real Property shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: October 15, 2020                     s/Wilhelmina M. Wright
                                            Wilhelmina M. Wright
                                            United States District Judge